IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL CARRICO, a Minor Child ) <br> by and through her mother and next ) <br> Friend, ROSE SHERMAN, ) <br> ) <br>     Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> MCDONALD'S OF CORNHUSKER - ) <br> BELLEVUE, ) <br> ) <br>     Defendant. ) | Case Number:  8:05CV65 <br><br><br><br><br> REASSIGNMENT ORDER |

The Clerk's office has not received a Consent to Exercise of Jurisdiction by United States Magistrate Judge form signed by all parties.  Accordingly,

IT IS ORDERED that this case is reassigned to District Judge Richard G. Kopf for disposition and to Magistrate Judge David L. Piester for judicial supervision and processing of all pretrial matters.

DATED this 25th day of April, 2005.

        BY THE COURT:


        s/ Joseph F. Bataillon, Chief Judge
        United States District Court