IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| APRIL CARRICO, a Minor Child by and through her mother and next Friend, ROSE SHERMAN, ) ) ) ) | CASE NO. 8:05cv65 |
| Plaintiff, ) ) | **ORDER** |
| vs. ) ) | |
| McDONALD'S OF CORNHUSKER-BELLEVUE, ) ) ) | |
| Defendant. ) | |

This matter is before the court on the motion of Dana E. Washington for leave to withdraw as defendant counsel (#20). The record shows that defendant continues to be represented by other counsel.

IT THEREFORE IS ORDERED that the Motion to Withdraw (#) is granted.

DATED May 27, 2005.

BY THE COURT:

THE HONORABLE F.A. GOSSETT III
United States Magistrate Judge